# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DIANE FRANKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CV107** |
| vs. | ) | |
| | ) | **ORDER** |
| **CREIGHTON UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon review of plaintiff's Motion to Compel Discovery [29],

**IT IS ORDERED** that the defendant, Creighton University, shall file a response to this motion before the close of business on **Monday, December 17, 2007.** No reply brief will be allowed.

**DATED December 14, 2007.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge