# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DIANE FRANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:07CV107 |
| vs. ) | |
| ) | ORDER |
| CREIGHTON UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

Considering the parties' Joint Motion to Extend Deadlines [38], and noting that the parties were previously given a substantial extension of time upon the representation that they intended to engage in mediation in early December 2007,

**IT IS ORDERED** that the Motion [38], is granted in part, as follows:

1.   The parties to this action are hereby required to mediate all pending claims in accordance with the Mediation Plan for the United States District Court for the District of Nebraska.

2.   Counsel for all parties shall confer and, no later than **January 15, 2008**, advise the court of the identity and address of their chosen mediator, and the date of their mediation session.

3.   Any Objection to this order shall be filed on or before **January 10, 2008.**

**DATED January 3, 2008.**

                                                **BY THE COURT:**

                                                **s/ F.A. Gossett**
                                                **United States Magistrate Judge**