IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DIANE FRANKS, | ) | Case No. 8:07cv107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CREIGHTON UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the agreement reached during the January 23, 2008 settlement conference with the undersigned magistrate judge,

**IT IS ORDERED:**

1. On or before **February 25, 2008,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for February 25, 2008, is cancelled upon the representation that this case is settled.

Dated this 24th day of January 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge