# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DIANE FRANKS,** | ) | **CASE NO. 8:07CV107** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| v. | ) | **OF DISMISSAL** |
| | ) | |
| **CREIGHTON UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice. The Court finds that the stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), and it should be approved. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation of Dismissal with Prejudice (Filing No. 44) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.


DATED this 2nd day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge